IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHARON ELIZABETH DUKE, | ) |
| PLAINTIFF, | ) |
| v. | ) CASE NO.: 1:05-cv-367-MEF |
| HOUSTON COUNTY, ALABAMA, *et al.,* | ) (WO- Not Recommended for Publication) |
| DEFENDANTS. | ) |

## ORDER

On April 20, 2005, Sharon Elizabeth Duke (hereinafter "Plaintiff") filed this action against several defendants including the "Houston County Sheriff's Department." All defendants filed motions to dismiss. One argument raised in support of one of the motions to dismiss (Doc. # 7 at p. 2) is that the Houston County Sheriff's Department is not a legal entity and is not subject to suit. In response to this particular argument, counsel for Plaintiff conceded the point and moved to dismiss this defendant. (Doc. # 15 at p. 4). For good cause shown, Plaintiff's motion to dismiss (Doc. # 15) the Houston County Sheriff's Department is GRANTED and all claims against the Houston County Sheriff's Department are DISMISSED. Nothing in this Order is intended to in any way effect Plaintiff's claims against any of the other defendants to this action.

DONE this the 10th day of March, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE